**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF PUERTO RICO

Case number (if known): _____   Chapter  12

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **QUESOS DE LARES INC.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0746976 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **CARR 454 KM 51 INT**<br>**BO. CALLEJONES**<br>**LARES, PR 00669-0188**<br>Number, Street, City, State & ZIP Code | **PO BOX 188**<br>**LARES, PR 00669-0188**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **LARES**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __QUESOS DE LARES INC._____ Case number (*if known*)_____
       Name

7. **Describe debtor's business**   A. *Check one:*

      ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

      ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

      ☐ Railroad (as defined in 11 U.S.C. § 101(44))

      ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

      ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

      ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

      ■ None of the above

      B. *Check all that apply*

      ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

      ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

      ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

      C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check all that apply*:

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ■ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **QUESOS DE LARES INC.** Case number (*if known*) _____
_____ Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor   **QUESOS DE LARES INC.**                                          Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **QUESOS DE LARES INC.**  Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 18, 2023**
             MM / DD / YYYY

X /s/ JOSE LUIS SOTO IRIZARRY             JOSE LUIS SOTO IRIZARRY
  Signature of authorized representative of debtor    Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X /s/ /S/ HOMEL MERCADO JUSTINIANO        Date  **September 18, 2023**
  Signature of attorney for debtor                     MM / DD / YYYY

/S/ HOMEL MERCADO JUSTINIANO 229705
Printed name

_____
Firm name

Calle A. Ramirez Silva #8
Ensanche Martinez
Mayaguez, PR 00680
Number, Street, City, State & ZIP Code

Contact phone  787 831-2577      Email address  hmjlaw2@gmail.com

229705 PR
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Puerto Rico

In re **QUESOS DE LARES INC.** _____ Case No. _____
                                                         Debtor(s)                         Chapter **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                     $ **5,000.00**
   Prior to the filing of this statement I have received          $ **5,000.00**
   Balance Due                                                            $ **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **The Debtor paid $5,000 as retainer and $278 as filing fee. Debtor will be billed from this retainer at $250 per hour**

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
       **Filing of Chapter 12 Case including Voluntary Petition, Schedules and Statement of Financial Affairs (SOFA). Services include all related Motions, hearings and matters related to the Chapter 12 Case, including filing of the Chapter 12 Plan and the events related to its Confirmation. Includes Motions to Sale (except filing fees); Motions for the Use of Cash Collateral, Motions for Valuation or Objection of Claims; Relief from Stay Actions, Motions for Administrative Claims; Motions for Post Petition Credit (except the filing fees). Debtors will be charged at $250 per hour to be deducted from the retainer received. Cost will be billed for copies and others as authorized by the U. S. Trustee Guidelines**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 18, 2023**                             **/s/ /S/ HOMEL MERCADO JUSTINIANO**
_Date_                                                    **/S/ HOMEL MERCADO JUSTINIANO 229705**
                                                               _Signature of Attorney_

                                                            **Calle A. Ramirez Silva #8**
                                                            **Ensanche Martinez**
                                                            **Mayaguez, PR 00680**
                                                            **787 831-2577 Fax: 787 805-7350**
                                                            **hmjlaw2@gmail.com**
                                                            _Name of law firm_

QUESOS DE LARES INC.
PO BOX 188
LARES, PR 00669-0188


/S/ HOMEL MERCADO JUSTINIANO
CALLE A. RAMIREZ SILVA #8
ENSANCHE MARTINEZ
MAYAGUEZ, PR 00680


B2B FACTORING INVESTMENTS LLC
954 PONCE DE LEON AVE, SUITE 601
SAN JUAN, PR 00907


DEPARTMENT OF LABOR
PO BOX 19540
SAN JUAN, PR 00919-5540


DEPARTMENT OF TREASURY
PO BOX 9024140 OFF. 424.B
BANKRUPTCY SECTION
SAN JUAN, PR 00902-4140


IRS
PO BOX 7317
PHILADELPHIA, PA 19101-7317


JOSE L SOTO IRIZARRY
PO BOX 188
LARES, PR 00669-0188


LILLIAN YOLANDA BORRERO
PO BOX 188
LARES, PR 00669-0188


STATE INSURANCE FUND
PO BOX 365028
SAN JUAN, PR 00936-5028